```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A03-0005--CR (JWS)
                "USA V RASHAD ARNSWORTH ET AL"
                    DEF 1.1 ARNSWORTH, RASHAD
```

In public format, including terminated defendants, excluding terminated counsel

```
      Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
     Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
                Filed: 01/22/03
               Closed: 09/03/03
   No. of Defendants: 3
       MJ Case Number:
                  AKA:
      Location status: U.S. Custody
           Trial date:
           Terminated: YES
    Needs interpreter: NO
     Counsel of record: Kevin F. McCoy
                        Federal Public Defender
                        550 W. 7th Avenue, Suite 1600
                        Anchorage, AK 99501
                        907-646-3400
                        FAX 907-646-3480
                        Serve: YES
                         Type: FPD
                         Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Frank V. Russo
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513
                   907-271-5071
                   FAX 907-271-3224
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 1.1 ARNSWORTH, RASHAD
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 18:371 CONSPIRACY (F) | Sentenced (81-1) |
| 1 - 1 IND | 2 | 18:1344(2) AND 2 BANK FRAUD (F) | Sentenced (81-1) |
| 1 - 1 IND | 3 | 18:1344(2) AND 2 BANK FRAUD (F) | Dismissed (81-1) |
| 1 - 1 IND | 4 | 18:1344(2) AND 2 BANK FRAUD (F) | Dismissed (81-1) |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A03-0005--CR (JWS)
"USA V RASHAD ARNSWORTH ET AL"
DEF 1.1 ARNSWORTH, RASHAD

In public format, including terminated defendants, excluding terminated counsel

```
 1 -    1 IND    5     18:1344(2) AND 2 BANK FRAUD (F)          Dismissed
                                                                (81-1)

 1 -    1 IND    6     18:1344(2) AND 2 BANK FRAUD (F)          Dismissed
                                                                (81-1)

 1 -    1 IND    7     18:1344(2) AND 2 BANK FRAUD (F)          Dismissed
                                                                (81-1)

 1 -    1 IND    8     18:1344(2) AND 2 BANK FRAUD (F)          Dismissed
                                                                (81-1)

 1 -    1 IND    9     18:1344(2) AND 2 BANK FRAUD (F)          Dismissed
                                                                (81-1)

 1 -    1 IND   10     18:1344(2) AND 2 BANK FRAUD (F)          Dismissed
                                                                (81-1)

 1 -    1 IND   11     18:1344(2) AND 2 BANK FRAUD (F)          Dismissed
                                                                (81-1)

 1 -    1 IND   12     18:1344(2) AND 2 BANK FRAUD (F)          Dismissed
                                                                (81-1)

 1 -    1 IND   13     18:1344(2) AND 2 BANK FRAUD (F)          Dismissed
                                                                (81-1)

 1 -    1 IND   14     18:1344(2) AND 2 BANK FRAUD (F)          Dismissed
                                                                (81-1)

 1 -    1 IND   15     18:1344(2) AND 2 BANK FRAUD (F)          Dismissed
                                                                (81-1)

 1 -    1 IND   16     18:1344(2) AND 2 BANK FRAUD (F)          Dismissed
                                                                (81-1)

 1 -    1 IND   17     18:1344(2) AND 2 BANK FRAUD (F)          Dismissed
                                                                (81-1)

 1 -    1 IND   18     18:1344(2) AND 2 BANK FRAUD (F)          Dismissed
                                                                (81-1)

 1 -    1 IND   19     18:1344(2) AND 2 BANK FRAUD (F)          Dismissed
                                                                (81-1)

 1 -    1 IND   20     18:1344(2) AND 2 BANK FRAUD (F)          Dismissed
                                                                (81-1)

 1 -    1 IND   21     18:1344(2) AND 2 BANK FRAUD (F)          Dismissed
                                                                (81-1)

 1 -    1 IND   22     18:1344(2) AND 2 BANK FRAUD (F)          Dismissed
                                                                (81-1)
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET PARTY INFORMATION FOR CASE A03-0005--CR (JWS)
                            "USA V RASHAD ARNSWORTH ET AL"
                               DEF 1.1 ARNSWORTH, RASHAD

    In public format, including terminated defendants, excluding terminated counsel


    1 -    1 IND   23     18:1344(2) AND 2 BANK FRAUD (F)              Dismissed
                                                                       (81-1)

    1 -    1 IND   24     18:1344(2) AND 2 BANK FRAUD (F)              Dismissed
                                                                       (81-1)

    1 -    1 IND   25     18:1344(2) AND 2 BANK FRAUD (F)              Dismissed
                                                                       (81-1)

    1 -    1 IND   26     18:1344(2) AND 2 BANK FRAUD (F)              Dismissed
                                                                       (81-1)

    1 -    1 IND   27     18:1344(2) AND 2 BANK FRAUD (F)              Dismissed
                                                                       (81-1)

    1 -    1 IND   28     18:1344(2) AND 2 BANK FRAUD (F)              Dismissed
                                                                       (81-1)

    1 -    1 IND   29     18:1344(2) AND 2 BANK FRAUD (F)              Dismissed
                                                                       (81-1)

    1 -    1 IND   30     18:1344(2) AND 2 BANK FRAUD (F)              Dismissed
                                                                       (81-1)

    1 -    1 IND   31     18:1344(2) AND 2 BANK FRAUD (F)              Dismissed
                                                                       (81-1)

    1 -    1 IND   32     18:1344(2) AND 2 BANK FRAUD (F)              Dismissed
                                                                       (81-1)

    1 -    1 IND   33     18:1344(2) AND 2 BANK FRAUD (F)              Dismissed
                                                                       (81-1)

    1 -    1 IND   34     18:1344(2) AND 2 BANK FRAUD (F)              Dismissed
                                                                       (81-1)

    1 -    1 IND   35     18:1344(2) AND 2 BANK FRAUD (F)              Dismissed
                                                                       (81-1)

    1 -    1 IND   36     18:1344(2) AND 2 BANK FRAUD (F)              Dismissed
                                                                       (81-1)

    1 -    1 IND   37     18:1344(2) AND 2 BANK FRAUD (F)              Dismissed
                                                                       (81-1)

    1 -    1 IND   38     18:1344(2) AND 2 BANK FRAUD (F)              Dismissed
                                                                       (81-1)

    1 -    1 IND   39     18:1344(2) AND 2 BANK FRAUD (F)              Dismissed
                                                                       (81-1)

    1 -    1 IND   40     18:1344(2) AND 2 BANK FRAUD (F)              Dismissed
                                                                       (81-1)
```

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A03-0005--CR (JWS)
"USA V RASHAD ARNSWORTH ET AL"
DEF 1.1 ARNSWORTH, RASHAD

In public format, including terminated defendants, excluding terminated counsel

| | | | | | |
|---|---|---|---|---|---|
| 1 - | 1 IND | 41 | 18:1344(2) AND 2 BANK FRAUD (F) | | Dismissed (81-1) |
| 1 - | 1 IND | 42 | 18:1344(2) AND 2 BANK FRAUD (F) | | Dismissed (81-1) |
| 1 - | 1 IND | 43 | 18:1344(2) AND 2 BANK FRAUD (F) | | Dismissed (81-1) |
| 1 - | 1 IND | 44 | 18:1344(2) AND 2 BANK FRAUD (F) | | Dismissed (81-1) |
| 1 - | 1 IND | 45 | 18:1344(2) AND 2 BANK FRAUD (F) | | Dismissed (81-1) |
| 1 - | 1 IND | 46 | 18:1344(2) AND 2 BANK FRAUD (F) | | Dismissed (81-1) |
| 1 - | 1 IND | 47 | 18:1344(2) AND 2 BANK FRAUD (F) | | Dismissed (81-1) |
| 1 - | 1 IND | 48 | 18:1344(2) AND 2 BANK FRAUD (F) | | Dismissed (81-1) |
| 1 - | 1 IND | 49 | 18:1344(2) AND 2 BANK FRAUD (F) | | Dismissed (81-1) |
| 1 - | 1 IND | 50 | 18:1344(2) AND 2 BANK FRAUD (F) | | Dismissed (81-1) |
| 1 - | 1 IND | 51 | 18:1344(2) AND 2 BANK FRAUD (F) | | Dismissed (81-1) |
| 1 - | 1 IND | 52 | 18:1344(2) AND 2 BANK FRAUD (F) | | Dismissed (81-1) |
| 1 - | 1 IND | 53 | 18:1344(2) AND 2 BANK FRAUD (F) | | Dismissed (81-1) |
| 1 - | 1 IND | 54 | 18:1344(2) AND 2 BANK FRAUD (F) | | Dismissed (81-1) |
| 1 - | 1 IND | 55 | 18:1344(2) AND 2 BANK FRAUD (F) | | Dismissed (81-1) |
| 1 - | 1 IND | 56 | 18:1344(2) AND 2 BANK FRAUD (F) | | Dismissed (81-1) |
| 1 - | 1 IND | 57 | 18:1344(2) AND 2 BANK FRAUD (F) | | Dismissed (81-1) |
| 1 - | 1 IND | 58 | 18:1344(2) AND 2 BANK FRAUD (F) | | Dismissed (81-1) |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A03-0005--CR (JWS)
               "USA V RASHAD ARNSWORTH ET AL"
                  DEF 1.1 ARNSWORTH, RASHAD
```

In public format, including terminated defendants, excluding terminated counsel

| | | | | |
|---|---|---|---|---|
| 1 - | 1 IND | 59 | 18:1344(2) AND 2 BANK FRAUD (F) | Dismissed (81-1) |
| 1 - | 1 IND | 60 | 18:1344(2) AND 2 BANK FRAUD (F) | Dismissed (81-1) |
| 1 - | 1 IND | 61 | 18:1344(2) AND 2 BANK FRAUD (F) | Dismissed (81-1) |
| 1 - | 1 IND | 62 | 18:1344(2) AND 2 BANK FRAUD (F) | Dismissed (81-1) |
| 1 - | 1 IND | 63 | 18:1344(2) AND 2 BANK FRAUD (F) | Dismissed (81-1) |
| 1 - | 1 IND | 64 | 18:1512(b)(3) WITNESS TAMPERING (F) | Dismissed (81-1) |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A03-0005--CR (JWS)
              "USA V RASHAD ARNSWORTH ET AL"
                    DEF 2.1 FRENCH, DAVID
```

In public format, including terminated defendants, excluding terminated counsel

```
      Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
     Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
                Filed: 01/22/03
               Closed: 09/03/03
   No. of Defendants: 3
       MJ Case Number:
                  AKA: CHRIS
      Location status: U.S. Custody
           Trial date:
           Terminated: YES
   Needs interpreter: NO
    Counsel of record: Andrew J. Lambert
                       Kalamarides & Associates
                       711 H Street, Suite 320
                       Anchorage, AK 99501
                       907-276-2135
                       Serve: NO
                        Type: CJA
                        Role: Pretrial/Trial

                       Randall S. Cavanaugh
                       Kalamarides & Associates
                       711 H Street, Suite 450
                       Anchorage, AK 99501
                       907-276-2135
                       Serve: YES
                        Type: CJA
                        Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Frank V. Russo
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513
                   907-271-5071
                   FAX 907-271-3224
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 2.1 FRENCH, DAVID
```

| Document   | Count | Citation and Description         | Disposition         |
|------------|-------|----------------------------------|---------------------|
| 1 -  1 IND | 1     | 18:371 CONSPIRACY (F)            | Sentenced (99-1)    |
| 1 -  1 IND | 2     | 18:1344(2) AND 2 BANK FRAUD (F)  | Sentenced (99-1)    |

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
               CRIMINAL DOCKET PARTY INFORMATION FOR CASE A03-0005--CR (JWS)
                              "USA V RASHAD ARNSWORTH ET AL"
                                   DEF 2.1 FRENCH, DAVID

     In public format, including terminated defendants, excluding terminated counsel


    1 -    1 IND    3     18:1344(2) AND 2 BANK FRAUD (F)              Dismissed
                                                                       (99-1)

    1 -    1 IND    4     18:1344(2) AND 2 BANK FRAUD (F)              Dismissed
                                                                       (99-1)

    1 -    1 IND    5     18:1344(2) AND 2 BANK FRAUD (F)              Dismissed
                                                                       (99-1)

    1 -    1 IND    6     18:1344(2) AND 2 BANK FRAUD (F)              Dismissed
                                                                       (99-1)

    1 -    1 IND    7     18:1344(2) AND 2 BANK FRAUD (F)              Dismissed
                                                                       (99-1)

    1 -    1 IND    8     18:1344(2) AND 2 BANK FRAUD (F)              Dismissed
                                                                       (99-1)

    1 -    1 IND    9     18:1344(2) AND 2 BANK FRAUD (F)              Dismissed
                                                                       (99-1)

    1 -    1 IND   10     18:1344(2) AND 2 BANK FRAUD (F)              Dismissed
                                                                       (99-1)

    1 -    1 IND   11     18:1344(2) AND 2 BANK FRAUD (F)              Dismissed
                                                                       (99-1)

    1 -    1 IND   12     18:1344(2) AND 2 BANK FRAUD (F)              Dismissed
                                                                       (99-1)

    1 -    1 IND   13     18:1344(2) AND 2 BANK FRAUD (F)              Dismissed
                                                                       (99-1)

    1 -    1 IND   14     18:1344(2) AND 2 BANK FRAUD (F)              Dismissed
                                                                       (99-1)

    1 -    1 IND   15     18:1344(2) AND 2 BANK FRAUD (F)              Dismissed
                                                                       (99-1)

    1 -    1 IND   16     18:1344(2) AND 2 BANK FRAUD (F)              Dismissed
                                                                       (99-1)

    1 -    1 IND   17     18:1344(2) AND 2 BANK FRAUD (F)              Dismissed
                                                                       (99-1)

    1 -    1 IND   18     18:1344(2) AND 2 BANK FRAUD (F)              Dismissed
                                                                       (99-1)

    1 -    1 IND   34     18:1344(2) AND 2 BANK FRAUD (F)              Dismissed
                                                                       (99-1)

    1 -    1 IND   35     18:1344(2) AND 2 BANK FRAUD (F)              Dismissed
                                                                       (99-1)
```

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
            CRIMINAL DOCKET PARTY INFORMATION FOR CASE A03-0005--CR (JWS)
                        "USA V RASHAD ARNSWORTH ET AL"
                              DEF 2.1 FRENCH, DAVID

  In public format, including terminated defendants, excluding terminated counsel


   1 -    1 IND   36      18:1344(2) AND 2 BANK FRAUD (F)            Dismissed
                                                                     (99-1)

   1 -    1 IND   37      18:1344(2) AND 2 BANK FRAUD (F)            Dismissed
                                                                     (99-1)

   1 -    1 IND   38      18:1344(2) AND 2 BANK FRAUD (F)            Dismissed
                                                                     (99-1)

   1 -    1 IND   39      18:1344(2) AND 2 BANK FRAUD (F)            Dismissed
                                                                     (99-1)

   1 -    1 IND   40      18:1344(2) AND 2 BANK FRAUD (F)            Dismissed
                                                                     (99-1)

   1 -    1 IND   41      18:1344(2) AND 2 BANK FRAUD (F)            Dismissed
                                                                     (99-1)

   1 -    1 IND   42      18:1344(2) AND 2 BANK FRAUD (F)            Dismissed
                                                                     (99-1)

   1 -    1 IND   43      18:1344(2) AND 2 BANK FRAUD (F)            Dismissed
                                                                     (99-1)

   1 -    1 IND   44      18:1344(2) AND 2 BANK FRAUD (F)            Dismissed
                                                                     (99-1)

   1 -    1 IND   45      18:1344(2) AND 2 BANK FRAUD (F)            Dismissed
                                                                     (99-1)

   1 -    1 IND   46      18:1344(2) AND 2 BANK FRAUD (F)            Dismissed
                                                                     (99-1)

   1 -    1 IND   47      18:1344(2) AND 2 BANK FRAUD (F)            Dismissed
                                                                     (99-1)

   1 -    1 IND   48      18:1344(2) AND 2 BANK FRAUD (F)            Dismissed
                                                                     (99-1)

   1 -    1 IND   49      18:1344(2) AND 2 BANK FRAUD (F)            Dismissed
                                                                     (99-1)

   1 -    1 IND   65      18:1512(b)(3) WITNESS TAMPERING (F)        Dismissed
                                                                     (99-1)
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET PARTY INFORMATION FOR CASE A03-0005--CR (JWS)
                           "USA V RASHAD ARNSWORTH ET AL"
                               DEF 3.1 HILL, CHARLES

        In public format, including terminated defendants, excluding terminated counsel
```

```
        Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
       Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
                 Filed: 01/22/03
                Closed: 09/03/03
    No. of Defendants: 3
        MJ Case Number:
                   AKA: BLACK
       Location status: U.S. Custody
            Trial date:
            Terminated: YES
    Needs interpreter: NO
     Counsel of record: None specified


    PLF 1.1 UNITED STATES OF AMERICA

    Counsel of record: Frank V. Russo
                       U.S. Attorney's Office
                       222 W. 7th Avenue, #9
                       Anchorage, AK 99513
                       907-271-5071
                       FAX 907-271-3224
                       Serve: YES
                        Type: Not specified
                        Role: Pretrial/Trial


    Counts re: DEF 3.1 HILL, CHARLES
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -   1 IND | 1 | 18:371 CONSPIRACY (F) | Sentenced (98-1) |
| 1 -   1 IND | 2 | 18:1344(2) AND 2 BANK FRAUD (F) | Sentenced (98-1) |
| 1 -   1 IND | 3 | 18:1344(2) AND 2 BANK FRAUD (F) | Dismissed (98-1) |
| 1 -   1 IND | 4 | 18:1344(2) AND 2 BANK FRAUD (F) | Dismissed (98-1) |
| 1 -   1 IND | 5 | 18:1344(2) AND 2 BANK FRAUD (F) | Dismissed (98-1) |
| 1 -   1 IND | 6 | 18:1344(2) AND 2 BANK FRAUD (F) | Dismissed (98-1) |
| 1 -   1 IND | 7 | 18:1344(2) AND 2 BANK FRAUD (F) | Dismissed (98-1) |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET PARTY INFORMATION FOR CASE A03-0005--CR (JWS)
                            "USA V RASHAD ARNSWORTH ET AL"
                                 DEF 3.1 HILL, CHARLES

       In public format, including terminated defendants, excluding terminated counsel


   1 -    1 IND    8      18:1344(2) AND 2 BANK FRAUD (F)                      Dismissed
                                                                               (98-1)

   1 -    1 IND    9      18:1344(2) AND 2 BANK FRAUD (F)                      Dismissed
                                                                               (98-1)

   1 -    1 IND   10      18:1344(2) AND 2 BANK FRAUD (F)                      Dismissed
                                                                               (98-1)

   1 -    1 IND   11      18:1344(2) AND 2 BANK FRAUD (F)                      Dismissed
                                                                               (98-1)

   1 -    1 IND   12      18:1344(2) AND 2 BANK FRAUD (F)                      Dismissed
                                                                               (98-1)

   1 -    1 IND   13      18:1344(2) AND 2 BANK FRAUD (F)                      Dismissed
                                                                               (98-1)

   1 -    1 IND   14      18:1344(2) AND 2 BANK FRAUD (F)                      Dismissed
                                                                               (98-1)

   1 -    1 IND   15      18:1344(2) AND 2 BANK FRAUD (F)                      Dismissed
                                                                               (98-1)

   1 -    1 IND   16      18:1344(2) AND 2 BANK FRAUD (F)                      Dismissed
                                                                               (98-1)

   1 -    1 IND   17      18:1344(2) AND 2 BANK FRAUD (F)                      Dismissed
                                                                               (98-1)

   1 -    1 IND   18      18:1344(2) AND 2 BANK FRAUD (F)                      Dismissed
                                                                               (98-1)

   1 -    1 IND   50      18:1344(2) AND 2 BANK FRAUD (F)                      Dismissed
                                                                               (98-1)

   1 -    1 IND   51      18:1344(2) AND 2 BANK FRAUD (F)                      Dismissed
                                                                               (98-1)

   1 -    1 IND   52      18:1344(2) AND 2 BANK FRAUD (F)                      Dismissed
                                                                               (98-1)

   1 -    1 IND   53      18:1344(2) AND 2 BANK FRAUD (F)                      Dismissed
                                                                               (98-1)

   1 -    1 IND   54      18:1344(2) AND 2 BANK FRAUD (F)                      Dismissed
                                                                               (98-1)

   1 -    1 IND   55      18:1344(2) AND 2 BANK FRAUD (F)                      Dismissed
                                                                               (98-1)

   1 -    1 IND   56      18:1344(2) AND 2 BANK FRAUD (F)                      Dismissed
                                                                               (98-1)
```

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
          CRIMINAL DOCKET PARTY INFORMATION FOR CASE A03-0005--CR (JWS)
                         "USA V RASHAD ARNSWORTH ET AL"
                              DEF 3.1 HILL, CHARLES
```

In public format, including terminated defendants, excluding terminated counsel

| | | | | | |
|---|---|---|---|---|---|
| 1 - | 1 IND | 57 | 18:1344(2) AND 2 BANK FRAUD (F) | | Dismissed (98-1) |
| 1 - | 1 IND | 58 | 18:1344(2) AND 2 BANK FRAUD (F) | | Dismissed (98-1) |
| 1 - | 1 IND | 59 | 18:1344(2) AND 2 BANK FRAUD (F) | | Dismissed (98-1) |
| 1 - | 1 IND | 60 | 18:1344(2) AND 2 BANK FRAUD (F) | | Dismissed (98-1) |
| 1 - | 1 IND | 61 | 18:1344(2) AND 2 BANK FRAUD (F) | | Dismissed (98-1) |
| 1 - | 1 IND | 62 | 18:1344(2) AND 2 BANK FRAUD (F) | | Dismissed (98-1) |
| 1 - | 1 IND | 63 | 18:1344(2) AND 2 BANK FRAUD (F) | | Dismissed (98-1) |
| 1 - | 1 IND | 66 | 18:1512(b)(3) WITNESS TAMPERING (F) | | Dismissed (98-1) |
| 1 - | 1 IND | 67 | 18:1512(b)(3) WITNESS TAMPERING (F) | | Dismissed (98-1) |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE A03-0005--CR (JWS)
                                "USA V RASHAD ARNSWORTH ET AL"

                              In public format, for all filing dates


   Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
             Filed: 01/22/03
            Closed: 09/03/03
No. of Defendants: 3


Document #    Filed       Docket text
     1  -  1  01/22/03    [Re: DEF 1-3] PLF 1 Indictment.

  NOTE  -  1  01/23/03    [Re: DEF 2] Issued WOA.

  NOTE  -  2  01/23/03    [Re: DEF 3] Issued WOA.

  NOTE  -  3  01/23/03    Issued: Proposed Trial Date Setting For Arr to JWS CMC.

  NOTE  -  4  01/23/03    [Re: DEF 3] USM Notice of Arrest; defendant arrested 1/23/03.

  NOTE  -  5  01/23/03    [Re: DEF 1] Issued WOA.

     2  -  1  01/23/03    [Re: DEF 1] AHB Grand Jury Minutes; no bail set (det per 18:3142); set
                          for arr and notify USM; in custody.

     3  -  1  01/23/03    [Re: DEF 2-3] AHB Grand Jury Minutes; WOA to be issued; no bail set (det
                          per 18:3142).

     4  -  1  01/23/03    [Re: DEF 1] AHB Minute Order that arr is set 3:30 p.m., 1/24/03.  cc:
                          USA, FPD (CJA Clerk), USM, PO

     5  -  1  01/23/03    [Re: DEF 1] PLF 1 motion (ex parte) for warrant of arrest on shortened
                          time.

     6  -  1  01/23/03    [Re: DEF 1] AHB Order granting motion for warrant of arrest on shortened
                          time (5-1).  cc: USA, USM

     7  -  1  01/24/03    [Re: DEF 3] Return of WOA executed 1/23/03.

  NOTE  -  6  01/27/03    Issued: Notice of Speedy Trial Act ddlns re: def 1 to JWS. cc: CMC

  NOTE  -  7  01/27/03    Issued: Notice of Speedy Trial Act ddlns re: def 3 to JWS. cc: CMC

     8  -  1  01/27/03    [Re: DEF 1] Financial Affidavit.

     9  -  1  01/27/03    [Re: DEF 1] AHB Order regarding preparation for trial; ptms due 2/14/03.
                          cc: USA, FPD

    10  -  1  01/27/03    [Re: DEF 1] AHB Order of Detention Pending Trial.  cc: USA, FPD, USM, PO

    11  -  1  01/27/03    [Re: DEF 1] AHB Court Minutes [ECR: Robin Carter] of arr on Indt (held
                          1/24/03); FPD appointed; def plead not guilty; def detained; ptms due
                          2/14/03.  cc: USA, FPD, USM, PO

    12  -  1  01/27/03    [Re: DEF 3] Financial Affidavit.

    13  -  1  01/27/03    [Re: DEF 3] AHB Order regarding preparation for trial; ptms due 2/14/03.
                          cc: USA, R. Butler
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
               CRIMINAL DOCKET ENTRIES FOR CASE A03-0005--CR (JWS)
                          "USA V RASHAD ARNSWORTH ET AL"

                        In public format, for all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 14 - | 1 | 01/27/03 | [Re: DEF 3] AHB Order of Detention Pending Trial.  cc: USA, R. Butler, USM, PO |
| 15 - | 1 | 01/27/03 | [Re: DEF 3] AHB Court Minutes [ECR: Robin Carter] of arr on Indt (held 1/24/03); FPD to appoint CJA cnsl; def plead not guilty; def detained. cc: USA, FPD (CJA Clerk), R. Butler, USM, PO |
| 16 - | 1 | 01/28/03 | [Re: DEF 1; 3] JWS Minute Order setting TBJ on 4/1/03 at 9:00 a.m. and FPTC for 4/1/03 at 8:30 a.m.. cc: USA, FPD, R. Butler, USM, USPO, MJ Branson, JC |
| 17 - | 1 | 01/28/03 | DEF 3 Attorney Appearance of Rex Butler. |
| 18 - | 1 | 01/29/03 | DEF 3 Attorney Appearance Rex Butler as appointed cnsl. |
| 19 - | 1 | 02/04/03 | [Re: DEF 3] CJA appointment of Rex Butler. |
| 20 - | 1 | 02/06/03 | [Re: DEF 3] PLF 1 Discovery Conference Certificate. |
| 21 - | 1 | 02/06/03 | [Re: DEF 1] PLF 1 Discovery Conference Certificate. |
| 22 - | 1 | 02/07/03 | [Re: DEF 1] Return of WOA executed 1/24/03. |
| NOTE - | 8 | 02/14/03 | [Re: DEF 2] USM Notice of Arrest; defendant arrested 2/12/03 at Naco, AZ. |
| 23 - | 1 | 02/14/03 | DEF 1 motion to sever his trial from the trial of codefendant Charles Hill w/att memo/exh. |
| 24 - | 1 | 02/14/03 | DEF 1 motion to dismiss count 64 of the indictment or in the alternative for a Bill of particulars on Ct 64 w/att memo/aff. |
| 25 - | 1 | 02/19/03 | [Re: DEF 2] Return of WOA executed 2/12/03. |
| 26 - | 1 | 02/20/03 | DEF 1 (Corrected) Certificatation of service re: DEF 1 motion to dismiss count 64 of the indictment or in the alternative for a Bill of particulars on Ct 64 (24-1). |
| 27 - | 1 | 02/20/03 | DEF 1 (Corrected) Certification of service re: DEF 1 mot to sever his trial from the trial of co-def Charles Hill (23-1). |
| 28 - | 1 | 02/25/03 | DEF 1 Unopposed motion to withdraw pretrial motions for bill of particulars & for motion to sever w/att aff. |
| 28 - | 2 | 02/25/03 | Clerk's Notice granting motion Unopposed motion to withdraw pretrial motions for bill of particulars (28-1); withdrawing motion to sever his trial from the trial of codefendant Charles Hill (23-1), motion to dismiss count 64 of the indictment or in the alternative for a Bill (24-1). |
| 29 - | 1 | 03/10/03 | [Re: DEF 2] Rule 40 Documents: cert cy of dkt sheet, cy of WOA, Cert cy of minutes entry of 2/13/03 & 2/18/03; cert cy of waiver of rule 40 hrg and cy of commitment to another district transferred from: USDC of AZ w/att docs. |
| 30 - | 1 | 03/14/03 | DEF 3 motion to withdraw as counsel w/att aff. |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A03-0005--CR (JWS)
                             "USA V RASHAD ARNSWORTH ET AL"

                         In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| NOTE - 9 | 03/18/03 | [Re: DEF 2] USM Notice of Arrest; defendant arrived in district 3/18/03. |
| NOTE - 10 | 03/19/03 | Issued: Proposed Trial Date Setting for arr re: def 2 to JWS CMC. |
| 31 - 1 | 03/19/03 | [Re: DEF 3] AHB Order granting motion to withdraw as counsel (30-1); another CJA atty to be appointed. cc: R. Butler, FPD (CJA Clerk) |
| 32 - 1 | 03/19/03 | [Re: DEF 2] AHB Order regarding preparation for trial; ptms due 4/2/03. cc: USA, R. Cavanaugh |
| 33 - 1 | 03/19/03 | [Re: DEF 2] AHB Order of Detention Pending Trial. cc: USA, R. Cavanaugh, USM, PO |
| 34 - 1 | 03/20/03 | [Re: DEF 2] Financial Affidavit. |
| 35 - 1 | 03/20/03 | [Re: DEF 2] AHB Court Minutes [ECR: Robin Carter] of arr on Indt (held 3/19/03); FPD to appt CJA cnsl; def plead not guilty; det not contested; det order pending trial filed. cc: USA, R. Cavanaugh, USM, PO, FPD (CJA Clerk) |
| NOTE - 11 | 03/21/03 | Issued: Notice of Speedy Trial Act ddlns re: Def 2 to JWS. cc: CMC |
| 36 - 1 | 03/21/03 | [Re: DEF 2] JWS Minute Order setting TBJ on 5/12/03 at 9:00 a.m. and FPTC on 5/12/03 at 8:30 a.m.. cc: USA, R. Cavanaugh, USM, USPO, JC, MJ Branson |
| 37 - 1 | 03/21/03 | [Re: DEF 1; 3] JWS Minute Order resetting 4/1/03 FPTC and TBJ to 5/12/03 at 8:30 a.m. and 9:00 a.m., respectively. cc: USA, FPD, FPD (CJA Clk), USM, USPO, MJ Branson, JC |
| 38 - 1 | 03/21/03 | [Re: DEF 2] CJA appointment; appointing R. Cavanaugh w/Kalamarides & Lambert. |
| 39 - 1 | 03/21/03 | [Re: DEF 2] Attorney Appearance of Kalamarides & Lambert (A. Lambert) |
| 40 - 1 | 03/24/03 | [Re: DEF 1; 3] JWS Order of excludable delay re: trial setting of co-def from 4/5/03 to 5/12/03 (38 days; under code R). |
| 41 - 1 | 03/25/03 | [Re: DEF 1] PLF 1 Plea Agreement. |
| 42 - 1 | 03/26/03 | [Re: DEF 3] CJA appointment of Wm. Carey. |
| 43 - 1 | 03/26/03 | [Re: DEF 2] PLF 1 Certification of discovery. |
| 44 - 1 | 03/28/03 | [Re: DEF 1] JWS Minute Order setting PCOP on 4/3/03 at 9:00 a.m.; 5/12/03 FPTC and TBJ as to DEF 1 vacated. cc: USA, FPD, USM, USPO, MJ Branson, JC |
| 45 - 1 | 03/28/03 | DEF 1 Unopposed motion to continue change of plea hearing until 10:00 a.m. or later on 4/3/03 w/att aff. |
| 46 - 1 | 04/01/03 | [Re: DEF 1] JWS Order granting unoppo mot to continue change of plea hrg (45-1); PCOP reset to 4/3/03 at 10:00 a.m.. cc: USA, FPD, USM, USPO |
| 47 - 1 | 04/03/03 | [Re: DEF 1] JWS Court Minutes [ECR: Elisa Singleton] re: PCOP hrg held 4/3/03; def changed plea to guilty on cts 1 and 2 of Indt; IOS set 6/18/03 at 8:30 a.m.; def detained. cc: USA, FPD, USM, USPO, MJ Branson |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CRIMINAL DOCKET ENTRIES FOR CASE A03-0005--CR (JWS)
                   "USA V RASHAD ARNSWORTH ET AL"

            In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 48 - 1 | 04/11/03 | [Re: DEF 1] JWS Minute Order resetting 6/18/03 IOS to 7/1/03 at 9:00 a.m.. cc: USA, FPD, USM, USPO |
| 49 - 1 | 04/15/03 | DEF 2 Notice of Intent to change plea. |
| 50 - 1 | 04/22/03 | [Re: DEF 2] PLF 1 Plea Agreement. |
| 51 - 1 | 04/23/03 | [Re: DEF 2] JWS Minute Order setting PCOP hrg on 5/6/03 at 9:00 a.m.; 5/12/03 FPTC and TBJ are vacated. cc: USA, R. Cavanaugh, USM, USPO, MJ Branson, JC |
| 52 - 1 | 05/05/03 | DEF 3 Notice of Intent to change plea. |
| 53 - 1 | 05/05/03 | [Re: DEF 3] JWS Minute Order setting DEF 3 PCOP on 5/12/03 at 8:30 a.m.; 5/12/03 FPTC and TBJ are vacated. cc: USA, W. Carey, USM, USPO, JC, MJ Branson |
| 54 - 1 | 05/06/03 | [Re: DEF 2] JWS Court Minutes [ECR: Robin Carter] re: PCOP hrg held 5/6/03; def changed plea to guilty on cts 1 and 2 of Indt; IOS set 7/1/03 at 10:30 a.m.; cts 3-18; 34-49 and 65 to be dism at IOS. cc: USA, R. Cavanaugh, USM, USPO, MJ Branson |
| 55 - 1 | 05/07/03 | [Re: DEF 3] PLF 1 Plea Agreement. |
| 56 - 1 | 05/12/03 | [Re: DEF 3] JWS Court Minutes [ECR: Denali Elmore] re: PCOP hrg held 5/12/03; def change plea to guilty on cts 1 and 2 of Indt; det cont; IOS set 7/1/03 at 11:00 a.m.. cc: USA, W. Carey, USM, USPO, MJ Branson |
| 57 - 1 | 05/29/03 | [Re: DEF 2-3] JWS Minute Order resetting 7/1/03 IOS for DEF 2 and DEF 3 to 8/1/03 at 8:00 a.m. and 8:30 a.m., respectively. cc: USA, R. Cavanaugh, W. Carey, USM, USPO |
| 58 - 1 | 06/23/03 | [Re: DEF 1] PLF 1 motion to continue IOS w/att declaration |
| 59 - 1 | 06/24/03 | [Re: DEF 1] PLF 1 Sentencing Memorandum and request to present evidence. |
| 60 - 1 | 06/25/03 | DEF 1 non-opposition to [Re: DEF 1] PLF 1 motion to continue IOS (58-1) |
| 61 - 1 | 06/30/03 | [Re: DEF 1] JWS Minute Order granting motion to continue IOS (58-1) to 8/1/03 at 9:00 a.m.; defs Hill, French & Arnsworth may comment by 7/14/03 on gvt's suggestion for jnt evidentiary hearing. cc: USA, USM, PO, FPD, A. Lambert, W. Carey |
| 62 - 1 | 07/07/03 | {SEALED} |
| 63 - 1 | 07/08/03 | DEF 2 Notice of receiving PSR. |
| 62 - 2 | 07/09/03 | {SEALED} |
| 64 - 1 | 07/14/03 | DEF 3 motion to continue sentencing and for extra time to file objections to PSR w/att aff. |
| 65 - 1 | 07/14/03 | DEF 1 Response to Order at dkt 61 re: joint evid hrg. |
| 65 - 2 | 07/14/03 | DEF 1 motion (request) for exculpatory information regarding cooperating witnesses. |

```
          UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
               CRIMINAL DOCKET ENTRIES FOR CASE A03-0005--CR (JWS)
                       "USA V RASHAD ARNSWORTH ET AL"

                    In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 66 - 1 | 07/16/03 | DEF 2 motion to continue sentencing set 8/1/03. |
| 67 - 1 | 07/21/03 | [Re: DEF 1-3] JWS Minute Order granting mot to continue sentencing and for extra time to file objs to PSR (64-1), mot (req) for exculpatory information re: cooperating wits (65-2), mot to continue sentencing set 8/1/03 (66-1); DEF 1 IOS remains set 8/1/03; DEF 1 req for release of Ms. Anselm's PSR denied w/o prej to appl to Judge Singleton in A03-044 CR (JKS); DEF 2 and DEF 3 combined evid hrg set 8/29/03 at 8:00 a.m. to be followed immediately after by sentencing for DEF 2 and then sentencing for DEF 3. cc: USA, FPD, R. Cavanaugh, W. Carey, USM, USPO, Judge Singleton |
| 68 - 1 | 07/25/03 | [Re: DEF 1] motion on shortened time for order authorizing clerk to accept audio tape for filing w/att aff. |
| 69 - 1 | 07/25/03 | DEF 1 Sentencing Memorandum w/att exhs. |
| 70 - 1 | 07/28/03 | [Re: DEF 1] JWS Order granting motion on shortened time for order authorizing clerk to accept audio tape for filing (68-1). cc: USA, FPD, USPO |
| 71 - 1 | 07/28/03 | DEF 1 Notice of filing audio tape w/att tape. |
| 72 - 1 | 07/30/03 | DEF 2 Notice of filing letters w/att letters. |
| 73 - 1 | 07/30/03 | [Re: DEF 1] PLF 1 Suppl Sentencing Memorandum filed on shortened time. |
| 74 - 1 | 07/30/03 | DEF 1 motion on shortened time for order authorizing clerk to accept 2nd audio tape w/att aff. |
| 75 - 1 | 07/31/03 | [Re: DEF 1] JWS Order granting mot on shortened time for ord authorizing clk to accept 2nd audio tape (74-1). cc: USA, FPD, USPO |
| 76 - 1 | 07/31/03 | DEF 1 Notice of filing documents at sentencing w/att exhs. |
| 77 - 1 | 07/31/03 | DEF 1 Notice of filing second audio tape w/att tape. |
| 78 - 1 | 07/31/03 | DEF 1 2nd Objection to alleged facts not presented to presentence rpt writer. |
| 79 - 1 | 07/31/03 | DEF 1 Objection to govt's argument under USSG Section 2B1.1(b)(9)(B). |
| 80 - 1 | 08/04/03 | [Re: DEF 1] JWS Court Minutes [ECR: Caroline Edmiston] re: IOS held 8/1/03; def sentenced to 53 mos on each of cts 1 and 2 w/terms to run concur; 36 mos SR on ct 1 and 60 mos on ct 5 w/terms to run concur; $200.00 SA; $59,327.90 in restitution; def remanded to USM; cts 3-64 dism. |
| 81 - 1 | 08/04/03 | [Re: DEF 1] JWS Judgment dism cts 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64 of Indt (1-1); pleaded guilty to cts 1,2 of Indt (1-1); def sentenced to 53 mos in prison on each of cts 1 and 2 w/terms to be served concur; 36 mos SR on ct 1 and 60 mos SR on ct 2 w/terms to be served concur; $200.00 SA; $59,327.90 in restitution. cc: USA, FPD, USM, USPO, MJ Branson, FLU, Finance, Def w/cnsls cy |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A03-0005--CR (JWS)
                             "USA V RASHAD ARNSWORTH ET AL"

                          In public format, for all filing dates

Document #      Filed       Docket text
----------      -----       -----------

   82 -    1   08/04/03    DEF 1 motion to correct sentence w/att memo.

   83 -    1   08/04/03    DEF 2 Notice of filing Tara Boyd's letter w/att letter.

   84 -    1   08/08/03    DEF 2 Notice of filing D. Washington's letter.

   85 -    1   08/12/03    DEF 2 Sentencing Memorandum.

   86 -    1   08/13/03    DEF 1 motion on shortened time to extend time for filing notice of
                           appeal by thirty days w/att aff.

   87 -    1   08/13/03    [Re: DEF 1] JWS Order granting mot on shortened time to extend time for
                           filing notice of appeal by 30 days (86-1); time for filing notice of
                           appeal extended to 9/15/03. cc: USA, FPD

   88 -    1   08/18/03    PLF 1 opposition to DEF 1 motion to correct sentence (82-1).

   89 -    1   08/19/03    DEF 1 reply to opposition to DEF 1 motion to correct sentence (82-1).

   90 -    1   08/22/03    DEF 3 Sentencing Memorandum.

   91 -    1   08/22/03    [Re: DEF 3] PLF 1 Sentencing Memorandum.

   92 -    1   08/22/03    [Re: DEF 2] PLF 1 Sentencing Memorandum.

   93 -    1   08/25/03    [Re: DEF 1] JWS Order denying motion to correct sentence (82-1). cc:
                           USA, FPD, USPO

   94 -    1   08/26/03    [Re: DEF 1] Partial Transcript re: IOS held 8/1/03.

   95 -    1   08/26/03    DEF 1 appeal to 9CCA of (81-1) filed 08/04/03. cc:K. McCoy (FPD), F.
                           Russo (USA), Judge Sedwick, USPO, USM, 9CCA

 NOTE -   12   08/27/03    Transmittal: Forwarded notice of appeal (95-1) to 9CCA.

   96 -    1   08/27/03    [Re: DEF 1] Cy 9CCA Time Schedule Order. (95-1) cc:K. McCoy (FPD), F.
                           Russo (USA), ECR, 9CCA (Original)

   97 -    1   09/02/03    [Re: DEF 2-3] JWS Court Minutes [ECR: Denali Elmore] evid hearing, held
                           8/29/03; w/att list of exhs & witnesses

   98 -    1   09/02/03    [Re: DEF 3] JWS Judgment dismissed count(s) 3, 4, 5, 6, 7, 8, 9, 10, 11,
                           12,13,14,15,16,17,18,50,51,52,53,54,55,56,57,58,59,60,61,62,63,66,67 of
                           the Indictment (1-1); pleaded guilty to count(s) 1,2 of the Indictment
                           (1-1); sent 52 months; s/r 5 years; s/a $200; restitution $59,327.90.
                           cc: USA, USM, PO, W. Carey, def (by W. Carey), MJ Branson, FLU, Finance

   99 -    1   09/03/03    [Re: DEF 2] JWS Judgment dismissed counts 3, 4, 5, 6, 7, 8, 9, 10, 11,
                           12, 13,14,15,16,17,18,34,35,36,37,38,39,40,41,42,43,44,45,46,47,48,49,65
                           of the Indictment (1-1); pleaded guilty to counts 1,2 of the Indictment
                           (1-1); sent 17 months each cts 1 & 2, concurrent; s/r 5 years (3 yrs ct
                           1 & 5 yrs ct 2, concurrent); s/a $200; restitution $59,327.90. cc: USA,
                           USM, PO, R. Cavanaugh, def (by cnsl), FLU, Finance, MJ Branson

  100 -    1   09/04/03    [Re: DEF 3] JWS Court Minutes [ECR: Denali Elmore] IOS, HELD 8/29/03;
                           sent 52 months; s/r 5 years; s/a $200; restitution $59,327.90; remanded
                           to USM; cts 3-18, 50-63, 66 & 67 dismissed.

ACMS: R_RDSDI                  As of 03/08/06 at 4:12 PM by LINDA                        Page 6
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A03-0005--CR (JWS)
                            "USA V RASHAD ARNSWORTH ET AL"

                         In public format, for all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 101 - | 1 | 09/04/03 | [Re: DEF 2] JWS Court Minutes [ECR: Denali Elmore] IOS, HELD 8/29/03; sent 27 months concurrent; s/r 5 years; s/a $200; restitution $59,327.90; remanded to USM; cts 3-18, 34-49, 65 dismissed. |
| 102 - | 1 | 09/08/03 | DEF 3 appeal to 9CCA of (98-1) filed 09/02/03. cc:F. Russo (USA), W. Carey, Judge Sedwick, USM, USPO, 9CCA |
| NOTE - | 13 | 09/09/03 | Transmittal: Forwarded notice of appeal (102-1) to 9CCA. |
| 103 - | 1 | 09/09/03 | [Re: DEF 3] Cy 9CCA Time Schedule Order. (102-1) cc:W. Carey, F. Russo, Judge Sedwick, 9CCA (Original), ECR |
| 104 - | 1 | 09/15/03 | DEF 1 Transcript Designation Form w/original Transcript Order Form re: notice of appeal (95-1). cc:ecr w/original order form |
| 105 - | 1 | 09/17/03 | DEF 1 AMENDED Transcript Designation Form and AMENDED Transcript Order Form re: notice of appeal (95-1). cc:ecr w/original Transcript Order Form |
| 106 - | 1 | 09/22/03 | DEF 1 Second Amended Transcript Designation/Order Form re: notice of appeal (95-1). cc:ecr w/order form |
| 107 - | 1 | 09/29/03 | [Re: DEF 2] Partial Transcript re: IOS held 8/29/03. |
| 108 - | 1 | 10/01/03 | [Re: DEF 1] Copy of Order from 9CCA; case remanded to USDC for limited purpose of permitting the district court to provide appellant notice and an opportunity to request that the time for filing the notice of appeal be extended for a period not to exceed 40 days from entry of the appealable judgment or order based on a showing of excusable neglect. District court is requested to make this determination at its earliest convenience and to send to this court a cy of its order setting forth the bases for its determination. Appellee's mot to dsms & all further proceedings in this court are held in abeyance pending the district court's determination. (95-1) cc:F. Russo (USA), K. McCoy (FPD), Judge Sedwick |
| 109 - | 1 | 10/03/03 | [Re: DEF 1] Transcript of PCOP held 4/3/03 re: notice of appeal (95-1) |
| 110 - | 1 | 10/03/03 | [Re: DEF 1] Partial Transcript of IOS held 8/1/03 re: notice of appeal (95-1) |
| 111 - | 1 | 10/03/03 | [Re: DEF 1] PARTIAL Transcript of DEF 3 IOS held 8/29/03. |
| 112 - | 1 | 10/06/03 | [Re: DEF 1] cy 9CCA Certificate of Record. (95-1) cc: K. McCoy (FPD), F. Russo (USA), Judge Sedwick, 9CCA (Original) |
| 113 - | 1 | 10/15/03 | [Re: DEF 1] JWS Minute Order that DEF 1 has until 10/27/03 to file papers re: excusable neglect for late fld notice of appeal; USA has until 11/3/03 to respond; no reply to be fld unless requested. cc: USA, FPD |
| 114 - | 1 | 10/16/03 | DEF 1 Response to Order at dkt 113 w/att aff. |
| 115 - | 1 | 10/17/03 | [Re: DEF 1] JWS Minute Order granting mot at dkt 114; appropriate ord to be sent to Appellate Commissioner will be entered forthwith. cc: USA, FPD |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A03-0005--CR (JWS)
                           "USA V RASHAD ARNSWORTH ET AL"

                         In public format, for all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 116 - | 1 | 10/17/03 | [Re: DEF 1] JWS Minute Order that DEF 1's appeal is timely.  cc: K. McCoy, F. Russo, 9CCA |
| 117 - | 1 | 10/27/03 | {SEALED} |
| 117 - | 2 | 10/27/03 | {SEALED} |
| 118 - | 1 | 11/10/03 | Third Amended Transcript Designation/Order Form re: notice of appeal (95-1). cc:ecr |
| 119 - | 1 | 11/21/03 | [Re: DEF 1] Partial Transcript of D-2 IOS held 8/29/03 re: notice of appeal (95-1). |
| 120 - | 1 | 11/21/03 | [Re: DEF 1] cy AMENDED 9CCA Certificate of Record. (95-1) cc: K. McCoy, F. Russo, Judge Sedwick, 9CCA (Original) |
| 121 - | 1 | 12/12/03 | USM Return of svc on judgment re: DEF 3  on 10/10/03 to USP ATW at Atwter, CA. |
| 122 - | 1 | 03/02/04 | [Re: DEF 3] 9CCA Final Order re: notice of appeal (102-1) that appellee's mot to dismiss appeal for lack of jurisdiction GRANTED.  Mot to w/draw as cnsl by W. Carey GRANTED.  Clerk shall amend the dkt to reflect that atty Carey has withdrawn.  Both appellee and attorney Carey shall serve a cy of this order on appellant at his last known address & w/in 14 days of this order file in this court proof of such svc. DISMISSED. |
| 123 - | 1 | 03/05/04 | {SEALED} |
| 123 - | 2 | 03/09/04 | {SEALED} |
| 124 - | 1 | 03/12/04 | DEF 3 Affidavit of service of Order for Dismissal of Appeal and W.D of Atty to DEF 3 w/att exh. |
| 125 - | 1 | 03/24/04 | [Re: DEF 3] 9CCA Judgment w/final order re: notice of appeal (102-1) that the Notice of Appeal is dismissed.  cc: W. Carey, F. Russo, Judge Sedwick |
| 126 - | 1 | 04/28/04 | [Re: DEF 1] PLF 1 Application re: Writ of Execution on PFD. |
| NOTE - | 14 | 05/05/04 | Issued: writ of execution re: DEF 1 on PFD. |
| NOTE - | 15 | 06/04/04 | Transmittal: Forwarded D.C. record to 9CCA consisting of 4 vols unsealed case file and 1 vol sealed case file for total of 5 vols. |
| 127 - | 1 | 10/26/04 | [Re: DEF 1] 9CCA Judgment Order re: notice of appeal (95-1) that the appeal is dismissed for lack of jurisdiction. cc: FPD, USM, Judge Sedwick |
| 128 - | 1 | 11/02/04 | [Re: DEF 1]Amended 9CCA Judgment Order re: notice of appeal (95-1) that this Court lacked jurisdiction to consider this appeal. The district court's judgment remains as entered on 8/4/03 w/att memo.  cc:USA, FPD, Judge Sedwick |
| NOTE - | 16 | 11/18/04 | Notation (re: Appeal): Received D.C. record fm 9CCA consisting of 4 vols unsealed case file and 1 vol sealed case file for total of 5 vols. |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
               CRIMINAL DOCKET ENTRIES FOR CASE A03-0005--CR (JWS)
                         "USA V RASHAD ARNSWORTH ET AL"

                       In public format, for all filing dates


Document #    Filed      Docket text

  129 -    1  01/14/05   USM Return of svc on writ of execution re:DEF 1 on FPD not on file.

  130 -    1  03/29/05   [Re: DEF 1] PLF 1 Application re: Writ of Execution on PFD.

 NOTE -   17  03/31/05   Issued: writ of execution re: DEF 1 on PFD.

  131 -    1  05/25/05   [Re: DEF 2]  PLF 1 Application re: Writ of Execution on PFD.

 NOTE -   18  05/26/05   Issued: writ of execution re: DEF 2 on PFD.

  132 -    1  10/27/05   [Re: DEF 2] JWS Order and petition for SR modif; def to refrain from
                         unlawful use of controlled substances & submit to drug testing. cc: USPO

  133 -    1  10/27/05   [Re: DEF 1] JWS Order and petition for SR modi; def to refrain from
                         unlawful use of controlled substances & submit to drug testing. cc: USPO
```