PROB 12B
(7/93)

# United States District Court
## for the
## District of Alaska



RECEIVED
JUN 2 4 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

### Request for Modification of Conditions or Term of Supervised Release
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: David Bunker French                Case Number: 3:03-CR-00005-02-JWS

Sentencing Judicial Officer:   John W. Sedwick, Chief U.S. District Court Judge

Date of Original Sentence:   August 29, 2003

Original Offense:   Conspiracy, 18 U.S.C. § 371
                    Bank Fraud, 18 U.S.C. §§ 1344(2) and 2

Original Sentence:   17 months imprisonment, Five years supervised release

Date Supervision Commenced:   June 10, 2004

### PETITIONING THE COURT

[ ]   To extend the term of supervised release for _____ years, for a total term of _____ years.
[X]   To modify the conditions of supervised release as follows:

The defendant shall participate in the home confinement program for a period of 45 days and shall abide by all the assigned components of the program, which will include electronic monitoring or other location verification system. The defendant shall pay for the cost of electronic monitoring or other location verification system. Specifically, you are restricted to your residence at all times except for employment, education, religious services, medical, substance abuse or mental health treatment, Court-ordered obligations, attorney visits and court appearances, or other activities as pre-approved by the probation officer.

### CAUSE

The defendant has violated the mandatory condition of supervised release, "The defendant shall not commit another federal, state, or local crime," in that on March 22, 2008, in Anchorage, Alaska, the defendant committed the offense of Operating Under the Influence, in violation of Anchorage Municipal Code 9.28.020 (misdemeanor).

According to records of the Anchorage Police Department (APD), on March 22, 2008, the defendant was arrested on a charge of Driving While Intoxicated. At approximately 4:59 a.m., police observed a white Trans Am going 54 mph in a 35-mph zone. The defendant was driving and was pulled over by police. The defendant had an odor of alcohol about him and bloodshot, watery eyes. The defendant admitted to having a couple of drinks and performed poorly on field-sobriety tests. The defendant was arrested and

*Request for Modification of Conditions or Term*
*Name of Offender*     :     David Bunker French
*Case Number*          :     3:03-CR-00005-02-JWS

subsequently provided a breath sample of .191 grams of alcohol per 210 liters of breath.

On May 23, 2008, in the District Court for the State of Alaska at Anchorage, case 3AN-08-3047 CR, the defendant pled No Contest to Operating Under the Influence (misdemeanor). The defendant was sentenced as follows: 90 days jail with 85 days suspended, $3,000 fine with $1,500 suspended, driver's license revoked 90 days, vehicle impounded 30 days, complete substance abuse treatment, and three years probation.

The U.S. Probation Office recommends the addition of the above-cited special condition for home detention as a punitive measure and deterrent to further criminal conduct.

Respectfully submitted,

**REDACTED**

Scott E. Kelley
Senior U.S. Probation/Pretrial Services Officer
Date: June 19, 2008

Approved by:

Eric D. Odegard
Supervising U.S. Probation Officer

---

**THE COURT ORDERS:**

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other:

**REDACTED SIGNATURE**

John W. Sedwick
Chief U.S. District Court Judge
Date: 6-23-08

-2-

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF ALASKA

**U.S.A. v David Bunker French**               Docket No. 3:03-CR-00005-JWS

    I, __David Bunker French__, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of supervised release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of supervised release, by the addition of the below-cited special condition:

    The defendant shall participate in the home confinement program for a period of 45 days and shall abide by all the assigned components of the program, which will include electronic monitoring or other location verification system. The defendant shall pay for the cost of electronic monitoring or other location verification system. Specifically, you are restricted to your residence at all times except for employment, education, religious services, medical, substance abuse or mental health treatment, Court-ordered obligations, attorney visits and court appearances, or other activities as pre-approved by the probation officer.

Signed: _David French_                                    Date: _5/27/08_
        David Bunker French
        Probationer or Supervised Releasee

Witness: **REDACTED SIGNATURE**                Date: _05/27/08_
        Scott E. Kelley
        Senior U.S. Probation/Pretrial Services Officer